UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID E. DELONG and : CHAPTER 13
VICTORIA S. DELONG :
    Debtors :
    :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
    :
    vs. :
    :
DAVID E. DELONG and :
VICTORIA S. DELONG :
    Respondents : CASE NO.   1-20-bk-00866

TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

        AND NOW, this   14th   day of February, 2022, comes Jack N. Zaharopoulos,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

    1.  The Trustee avers that debtors' plan is not feasible based upon the following:

        a.  Plan ambiguous

            (1)  Base amount – Total payments exceeds base plan.

    2.  The Trustee provides notice to the Court as to the ineffectiveness of debtors'
Chapter 13 Plan for the following reasons:

        a.  Clarification of debtors' counsel fees which are in conflict with
            2016(b) Statement.   ($3,200.00 in total attorney fees allows
            only $50.00 for this modified plan.)

        WHEREFORE, Trustee alleges and avers that debtors' plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

        a.  Deny confirmation of debtor(s) plan.
        b.  Dismiss or convert debtor(s) case.
        c.  Provide such other relief as is equitable and just.

                        Respectfully submitted:

                        Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

                BY:     /s/James K. Jones
                        Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   14th   day of February, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Ferry, Jr., Esquire
931 Cumberland Street
Lebanon, PA   17042


/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee