United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00866-HWV |
| David E. DeLong | Chapter 13 |
| Victoria S. DeLong | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Mar 03, 2022      Form ID: pdf010      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| | Wertz Bookbinding, 9985 Allentown Blvd, Grantville, PA 17028 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John J Ferry, Jr | on behalf of Debtor 1 David E. DeLong jackferry2@gmail.com jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| John J Ferry, Jr | on behalf of Debtor 2 Victoria S. DeLong jackferry2@gmail.com jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| Kristen D Little | on behalf of Creditor Specialized Loan Servicing LLC logsecf@logs.com, cistewart@logs.com |
| Rebecca Ann Solarz | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust C/O Fay Servicing, LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For |

VRMTG Asset Trust bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
DAVID E. DELONG and : CHAPTER 13
VICTORIA S. DELONG : CASE NO. 1-20-bk-00866 HWV
        Debtors :

## ORDER

Upon consideration of Debtor's Motion for Order Directing Wage Attachment, said Motion is GRANTED. Wertz Bookbinding, 9985 Allentown Blvd., Grantville, PA 17028, is hereby directed to attach Victoria S. Delong's wages in the amount of $736.00 per month, divided evenly between pay periods, and send payment to Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee at P.O. Box 6008, Memphis, TN 38101-6008, payable to Case Number 20-00866.

Said wage attachment is to begin with the first pay period following receipt of the wage attachment order, and shall continue through March 2025, or until further Order of Court.

By the Court,

_Henry W. Van Eck_ (signature)
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 3, 2022